**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| JORGE OSWALDO AQUINO MARTINEZ, ET AL, <br>            Plaintiffs, <br><br> vs. <br><br> MOBIS ALABAMA, LLC, ET AL, <br>            Defendants. | CIVIL ACTION FILE <br><br> NO.  3:22-cv-0145-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the Motion for Attorneys' Fees, and the court having granted said motion, it is

**Ordered and adjudged** that the plaintiffs recover from the defendants $3,450,000.00 as reasonable attorney's fees and costs.

Dated at Newnan, Georgia this 1st day of June, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/D. Barfield
      Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
June 1, 2026
Kevin P. Weimer
Clerk of Court

By: s/D. Barfield
      Deputy Clerk